1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Arrow Financial Services, LLC
7  and Ronald Lavin

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  ANDRESITA BOYLE, individually    )   CASE NO.: CV 08 3381 PJH
    and on behalf of all others similarly )
13  situated,                         )
                                      )
14           Plaintiff,               )
                                      )   **CERTIFICATION OF**
15      vs.                           )   **INTERESTED PARTIES BY**
                                      )   **DEFENDANT ARROW**
16  ARROW FINANCIAL SERVICES          )   **FINANCIAL SERVICES, LLC**
    LLC; NELSON, WATSON &             )
17  ASSOCIATES, LLC; RONALD           )
    LAVIN, an individual,             )
18                                    )
             Defendants.              )
19                                    )

20

21

22

23

24

25

26

27

28

BOYLE V. ARROW FINANCIAL SERVICES ET AL. (CASE NO. CV 08 3381 PJH)
CERTIFICATION OF INTERESTED PARTIES BY DEFENDANT ARROW FINANCIAL SERVICES

1 | Pursuant to Civil L.R. 3-16, the undersigned counsel of record for defendant
2 | Arrow Financial Services, LLC certifies that the following listed persons,
3 | associations of persons, firms, partnerships, corporations (including parent
4 | corporations) or other entities (i) have a financial interest in the subject matter in
5 | controversy or in a party to the proceeding, or (ii) have a non-financial interest in
6 | that subject matter or in a party that could be substantially affected by the outcome
7 | of this proceeding:

    1.     AFS Holdings, LLC

    2.     Sallie Mae, Inc.

    3.     SLM Corp.

DATED: September 3, 2008      SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:    s/Jeffrey A. Topor
Jeffrey A. Topor
Attorneys for Defendants
Arrow Financial Services, LLC
and Ronald Lavin