1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRESITA BOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ARROW FINANCIAL SERVICES LLC; NELSON, WATSON & ASSOCIATES, LLC; RONALD LAVIN, an individual,<br><br>Defendants.<br>_____/ | Case No.  CV 08-3381 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLASS [Rule 41(a)(1)(ii)]**<br>  AND ORDER |

    IT IS HEREBY STIPULATED by and between Plaintiff ANDRESITA BOYLE on the one hand, and Defendants ARROW FINANCIAL SERVICES LLC and RONALD LAVIN, an individual (collectively, "Defendants"), on the other hand, through their respective counsel of record, that the parties have reached settlement in this action and that the action against said Defendants, and each of them, shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The putative class claims shall be dismissed without prejudice.  The action against Defendant Nelson, Watson & Associates, LLC has been dismissed by the Court and Plaintiff waives its right of appeal.

/ / /

STIPULATION FOR DISMISSAL                                    BOYLE V. ARROW FINANCIAL SERVICES
                                                             LLC, *et al.*
                                  1                          Case No.  CV 08-3381 PJH.

ANDRESITA BOYLE

Dated: November 13, 2008          /s/
by: Irving L. Berg
THE BERG LAW GROUP
Attorney for Plaintiff

ARROW FINANCIAL SERVICES LLC;
NELSON, WATSON & ASSOCIATES, LLC;
RONALD LAVIN, an individual

Dated: November 26, 2008          /s/
by: Tomio B. Narita
SIMMONDS & NARITA LLP

Attorney for Defendants

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12/19/08

STIPULATION FOR DISMISSAL

BOYLE V. ARROW FINANCIAL SERVICES LLC, *et al.*
Case No. CV 08-3381 PJH.

2